# United States Court of Appeals
## For the First Circuit

_____

No. 14-1421

MICHAEL W. CUTTING; WELLS STALEY-MAYS; and ALISON E. PRIOR,

Plaintiffs, Appellees,

v.

CITY OF PORTLAND, MAINE,

Defendant, Appellant.

_____

**JUDGMENT**

Entered: September 11, 2015

    This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Maine.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.


By the Court:

/s/ Margaret Carter, Clerk


cc:  Mr. Bazzle, Mr. Burgess, Mr. Daniels, Mr. Heiden, Mr. Martin & Ms. Thompson.